IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 10-cr-00253-REB

CHRISTOPHER JAMES GREY,

    Complainant,

v.

TERRY SHAW,

    Defendant.

## ORDER OF DISMISSAL

    Complainant Christopher James Grey is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility in Crowley, Colorado. Mr. Grey has filed **pro se** a Criminal Complaint asking that Defendant be arrested and charged with sexual assault on an at-risk adult in a penal institution. For the reasons stated below, the Court will dismiss the action.

    Courts universally endorse the principle that private citizens cannot prosecute criminal actions. **See, e.g., Cok v. Cosentino**, 876 F.2d 1, 2 (1st Cir.1989) (per curiam); **Connecticut Action Now, Inc. v. Roberts Plating Co.**, 457 F.2d 81, 86-87 (2d Cir.1972) ("It is a truism, and has been for many decades, that in our federal system crimes are always prosecuted by the Federal Government, not as has sometimes been done in Anglo-American jurisdictions by private complaints."); **Winslow v. Romer**, 759 F. Supp. 670, 673 (D. Colo.1991) ("Private citizens generally have no standing to institute federal criminal proceedings."). Therefore, the Court finds that Mr. Grey lacks

standing to invoke the authority of United States attorneys under 28 U.S.C. § 547 to prosecute for offenses against the United States. Accordingly, it is

    ORDERED that the Criminal Complaint and the action are dismissed because Complainant lacks standing to file a criminal action.

    Dated May 7, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge