IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 10-cr-00253-REB

CHRISTOPHER JAMES GREY,

    Complainant,

v.

TERRY SHAW,

    Defendant.

ORDER

    This matter is before the Court on the "Rule 4 Motion" filed *pro se* by Complainant Christopher James Grey on June 24, 2010. Mr. Grey is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility in Crowley, Colorado. Mr. Grey initiated this action by filing *pro se* a Criminal Complaint asking that Defendant be arrested and charged with sexual assault on an at-risk adult in a penal institution. On May 7, 2010, the Court entered an order dismissing the Criminal Complaint and the action because Mr. Grey lacks standing to invoke the authority of United States attorneys under 28 U.S.C. § 547 to prosecute for offenses against the United States.

    In the "Rule 4 Motion," Mr. Grey objects to the summary dismissal of this action, and he asks the Court to reconsider that decision. The motion will be denied because Mr. Grey does not even address the basis for the Court's order dismissing this action – that he lacks standing to initiate a criminal action – and the Court remains convinced

that this action properly was dismissed based on Mr. Grey's lack of standing.
Accordingly, it is

ORDERED that the "Rule 4 Motion" filed on June 24, 2010, is denied.

DATED at Denver, Colorado, June 25, 2010.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge